

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | |
| Appellant, | § | No. 08-09-00151-CV |
| v. | § | Appeal from |
| NINETY THOUSAND TWO HUNDRED | § | Criminal District Court No. 1 |
| THIRTY-FIVE DOLLARS AND NO CENTS IN UNITED STATES | § | of El Paso County, Texas |
| CURRENCY ($90,235.00) AND 2000 BLACK LINCOLN NAVIGATOR | § | (TC # 2008-2016) |
| VIN 5LMPU28A7YLJ10865, | § | |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the summary judgment. We therefore reverse the summary judgment of the court below and remand the cause for further proceedings, in accordance with this Court's opinion. We further order that State recover from Appellee all costs of this appeal, for which let execution issue, and this decision be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF OCTOBER, 2014.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
(Rivera, J., not participating)